**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 346 WAL 2014
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. : 
: 
: 
: 
JEFFREY KRUEGER, : 
: 
               Petitioner : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.